UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EXACT INVESTMENTS LLC,

                Plaintiff,         **ORDER ADOPTING REPORT AND RECOMMENDATION**

 - against -                            2:17-cv-6109 (DRH) (ARL)

PAUL VESNAVER both, individual and as an
ATTORNEY/PRINCIPAL in the LAW FIRM
OF PAUL VESNAVER P.C.,

                Defendants.
----------------------------------------------------------------X

**HURLEY, Senior District Judge:**

      Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated July 12, 2021 (the "R&R" [DE 24]), recommending the Court deny without prejudice Plaintiff's motion for default judgment. Judge Lindsay concluded that "Plaintiff failed to provide a memorandum of law or any support for its claim of damages or attorney's fees." R&R at 2.

      More than fourteen (14) days have passed since service of the R&R and no objections have been filed. *See* [DE 25]. Pursuant to 28 U.S.C. § 636(b) and Federal Rule Civil Procedure 72, this Court has reviewed the R&R for clear error. Having found none, the Court concurs in the R&R's reasoning and result. Accordingly,

      **IT IS HEREBY ORDERED**, the Plaintiff's motion for default judgment is DENIED WITHOUT PREJUDICE to refiling with the appropriate documentation. Plaintiff shall refile their motion papers on or before October 6, 2021.

Case 2:17-cv-06109-DRH-ARL   Document 26   Filed 09/21/21   Page 2 of 2 PageID #: 174

**SO ORDERED.**

Dated: Central Islip, New York      s/ Denis R. Hurley
    September 21, 2021             Denis R. Hurley
                                               United States District Judge